United States District Court
for the
Southern District of Illinois

Ceasar M. Burris J.R.
   Plaintiff

vs.          Case Number: 14-CV-1023-SMY-PMF

Cahokia Police Dept.
Cahokia's Chief. James Jones
Officers David Heins #83,
Dane Luke #107, Joel Seipp #110
Roger Gemoules #127 And
Dupo Police Dept. Douglas Keys
Dupo's Chief.
Officer of Dupo P.D.
  Corbin

    Defendants  <u>Motion For Leave To File An</u>
          <u>Second Amended Complaint</u> SEE Exhibit A1#

 For his Second Amended Complaint. Plaintiff Ceasar M. Burris J.R. State as follows: Pursuant to Rules 15(A) And 19(A), FED. R. Civ. P. requests leave to file an 2nd Amended Complaint adding a party.

1.) The Plaintiff in his First Amended Complaint named all the defendants.

2.) Since the filing of the first Amended Complaint the Plaintiff has determined that the Cahokia Police Department, Cahokia's Chief James Jones, Along with Dupo

Police Department Dubois Chief Daughtery be added to Plaintiff's Complaint

3) This Court should grant leave freely to amend a Complaint. Foman v. Davis, 371 US 178, 182 (1962)

Date: Aug 11, 2015

Respectfully Submitted,
Mr. Ceashl M. Birds J.R.

STATE OF ILLINOIS )
) SS
COUNTY OF JOHNSON )

### AFFIDAVIT

I, CEASAR M. BURRIS JR., BEING FIRST DULY SWORN UPON OATH DEPOSE AND STATE THAT, THE FOLLOWING MATTERS ARE BOTH TRUE AND CORRECTLY MADE UPON MY PERSONAL KNOWLEDGE AND BELIEF, AND IF CALLED UPON AS A WITNESS, I AM COMPETENT TO TESTIFY THERETO:

I'm making a 2nd Amendment due to the fact that I'm a layman at law, And wish to Attempt properly to Address the Court Regarding my claim Furthermore, Plaintiff ask for the court to Appoint Aid to counsel in this civil issues. According to the newly inacted statue Allowing the court to Appoint Counsel to properly bring civil issues. (indigent) As petitioners

RESPECTFULLY SUBMITTED,

CEASAR M. BURRIS JR.
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 11 DAY OF Aug 15.
Karin Joy Pannier 8/11/15
NOTARY PUBLIC

OFFICIAL SEAL
KARIN JOY PANNIER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/14/17

- A-1 -

I, CEASAR M. BURRIS, declare that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

/s/ CEASAR R. Burris L.L.
NAME: CEASAR M. BURRIS U.C
IDOC#: B-80496
VIENNA Correctional Center
6695 State Rt. 146 East
VIENNA, IL. 62995

Subscribed and Sworn to before me this  eleventh  day of August, 2015

Karin Joy Pannier
Notary Public

OFFICIAL SEAL
KARIN JOY PANNIER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/14/17

REVISED Jan. 2011



Cesar [illegible] #
6695 State Rt #146 East
Vienna, IL 62995

United States District Court
P.O. Box 249
East St. Louis, IL 62202

MAIL CLEARED
US MARSHALS