14-1023

Cleck                       9·11·15

My name is Ceasar M. Burris J.R I have moved to 1640 mccasland E. St. louis Il 62205; And I wouldn't be able to make my deposition hearing because I do not have movement (ELm) So would like for to be reschedule

Thank you

1640 McCaslan o
E. St. Louis Il 62205

Clerk
United State Courts
P.O. Box 249
E. St. Louis Il 62221

11 SEP 2015 PM 1

MAIL CLEARED
US MARSHALS