IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CEASAR M. BURRIS, Jr., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:14-cv-01023-SMY-PMF |
| | ) |
| JOHN DOE, 1, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

### ORDER TO SHOW CAUSE

**FRAZIER, Magistrate Judge:**

The defendants have filed a motion to dismiss for plaintiff Caesar M. Burris's lack of prosecution. (Docs. 39). The defendants state in their motion that Burris has failed to respond to requests for production and has not responded to letters sent by defense counsel. Additionally, it appears that Burris has failed to inform the Court of his most current address. The last two orders issued by this Court were mailed to Burris's last known address and both were returned by the postal service as undeliverable. See Docs. 33 and 35. Burris is therefore ORDERED to show cause as to why this case should not be dismissed for lack of prosecution and for failure to inform the Court of his current address. Burris must respond to this order no later than January 29, 2016.

    IT IS SO ORDERED.

    DATED:   January 11, 2015 .

                                            *s/Philip M. Frazier*
                                            **PHILIP M. FRAZIER**
                                            **UNITED STATES MAGISTRATE JUDGE**